# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| WYCQ, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:05-cv-0979 |
| ) | Judge Trauger |
| NATIONAL MUSIC MARKETING, INC., ) | |
| and JOSEPH R. GROSSMAN, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion to Strike filed by the defendant Joseph R. Grossman (Docket No. 57) will be **GRANTED** in part and **DENIED** in part, and the Motion for Summary Judgment filed by Mr. Grossman will be **GRANTED** in part and **DENIED** in part.

It is so Ordered.

Entered this 3rd day of January 2008.

_____
ALETA A. TRAUGER
United States District Judge