IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED**
**Set 3/17/2008**
**at 11:30 a.m.**

| | |
|---|---|
| WYCQ, INC., | ) |
| Plaintiff, | ) |
| v. | ) CASE NO.: 3:05-0979 |
| NATIONAL MUSIC MARKETING, INC., | ) JUDGE TRAUGER |
| and JOSEPH R. GROSSMAN, | ) MAGISTRATE JUDGE KNOWLES |
| | ) JURY DEMAND |
| Defendants. | ) |

### PLAINTIFF WYCQ, INC.'S
### MOTION FOR STATUS CONFERENCE

Comes now Plaintiff, WYCQ, Inc., by and through counsel, and respectfully requests that a telephonic status conference be scheduled in this matter.

Court ordered mediation was scheduled to take place on Tuesday, March 4, 2008, however it was cancelled. A Report of Rule 31 Proceeding was filed by the Rule 31 Mediator, Tracy Shaw, on March 4, 2008 (Document No. 69).

Plaintiff's counsel was notified that Joseph R. Grossman intended to file for Chapter 7 bankruptcy relief prior to the scheduled mediation and that Plaintiff would be provided the bankruptcy filing number upon filing. As of the date of the filing of this motion, Plaintiff's counsel has not been provided the bankruptcy filing number for Defendant Grossman.

Defendants' counsel did not indicate that Defendant National Music Marketing, Inc. was filing for bankruptcy relief.

A jury trial in this cause is scheduled to commence on Tuesday, April 29, 2008.