# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| WYCQ, INC., a Tennessee corporation, ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | Civil No. 3:05-0979 |
| ) | Judge Trauger |
| NATIONAL MUSIC MARKETING, INC., ) | |
| a California corporation, (and Counter-Plaintiff), ) | |
| and JOSEPH R. GROSSMAN, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

It is hereby **ORDERED** that another telephonic status conference shall be held on Wednesday, April 2, 2008, at 3:00 p.m.

It is so **ORDERED**.

ENTER this 21st day of March 2008.

_____
ALETA A. TRAUGER
U.S. District Judge