IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| WYCQ, INC., a Tennessee corporation, | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | |
| | ) | |
| v. | ) | Civil No. 3:05-0979 |
| | ) | Judge Trauger |
| NATIONAL MUSIC MARKETING, INC., | ) | |
| a California corporation, (and Counter-Plaintiff), | ) | |
| and JOSEPH R. GROSSMAN, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

A telephonic status conference was held with counsel for the parties on April 2, 2008. It is hereby **ORDERED** that another telephonic status conference shall be held on Monday, April 7, 2008, at 11:30 a.m CST. The parties are reminded that this case is still set for a jury trial beginning on April 29, 2008 and for a pretrial conference on April 25, 2008. (Docket No. 43) Pursuant to the Order Resetting Jury Trial, the parties are to exchange exhibits and deposition designations by April 8, 2008, motions in limine are to be filed by April 11, 2008, and numerous filings are to be made by April 22, 2008. (Docket No. 43)

It is so **ORDERED**.

ENTER this 2nd day of April 2008.

_____
ALETA A. TRAUGER
U.S. District Judge