# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| WYCQ, INC., a Tennessee corporation, ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | Civil No. 3:05-0979 |
| ) | Judge Trauger |
| NATIONAL MUSIC MARKETING, INC., ) | |
| a California corporation, (and Counter-Plaintiff), ) | |
| and JOSEPH R. GROSSMAN, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Pursuant to the Suggestion of Bankruptcy filed by defendant Joseph R. Grossman (Docket No. 78), it is hereby **ORDERED** that this case is **STAYED** as to defendant Grossman only. As defendant National Music Marketing, Inc. was informed in this court's previous Order of April 7, 2008 (Docket No. 77), Local Rule 83.01(d)(3) of this court requires that all corporations be represented by counsel. This court has granted defense counsel's Motion to Withdraw (Docket No. 74). Therefore, it is hereby **ORDERED** that the defendant corporation has until May 2, 2008 within which to have new counsel enter an appearance of record on its behalf. Defendant corporation is **FOREWARNED** that its failure to timely comply with this deadline may result in the plaintiff's filing an appropriate motion for sanctions, that could result in the entry of judgment against the defendant corporation.

By separate order, the trial and pretrial conference for this case are being rescheduled for July 2008.

It is so **ORDERED**.

1

ENTER this 10th day of April 2008.

                                                        ALETA A. TRAUGER
                                                        U.S. District Judge

Case 3:05-cv-00979   Document 80   Filed 04/10/08   Page 2 of 2 PageID #: 589